Carl Oscar WILLIAMS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28086.

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

SOUTHLAND ROYALTY COMPANY et al., Appellants,

v.

O. D. O'DANIEL et al., Appellees.

No. 3219.

Court of Civil Appeals of Texas.

Eastland.

Feb. 3, 1956.

Rehearing Denied Feb. 23, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the felony offense of driving while intoxicated; the punishment, 30 days.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.